CINDY M. RUCKER (SBN 272465)
CRucker@maynardnexsen.com
KAREN TSUI (SBN 305869)
Tsui@maynardnexsen.com
MAYNARD NEXSEN LLP
2121 Avenue of the Stars, Suite 650
Los Angeles, CA 90067
Telephone:   (310) 596-4500

Attorneys for Defendant
Life Insurance Company of North America

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANDACE RUSHING,<br><br>               Plaintiff,<br><br>     vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>               Defendants. | Case No. 2:24-cv-10088-JFW-RAOx<br><br>Honorable John F. Walter,<br><br>**JOINT PROPOSED JUDGMENT**<br><br>Complaint Filed:  November 19, 2024 |

Pursuant to the Court's Findings of Fact and Conclusions of Law issued on April 28, 2026 (ECF No. 56), and the parties' Joint Statement filed on May 26, 2026 (ECF No. 58), the Court hereby enters judgment as follows:

1. Judgment is entered in favor of Plaintiff Candace Rushing and against Defendant Life Insurance Company of North America on Plaintiff's claim that LINA abused its discretion in calculating her Covered Earnings for her five hours of weekly "overtime" by using her base rate of pay of $8.10 per hour rather than her regular rate of pay as reported by the Employer.  LINA shall pay interest.

2. Judgment is entered in favor of Defendant Life Insurance Company of North America and against Plaintiff Candace Rushing on all other claims, including the standard of review, Plaintiff's claims that LINA abused its discretion in calculating her commissions, calculating interest, determining her date of disability, and calculating offsets for California SDI, workers' compensation, and SSDI benefits.

3. The total amount of benefits and interest owed to Plaintiff is $31,016.65, consisting of $17,534.10 in benefits and $13,482.55 in interest.

4. Payment of the total amount of $31,016.65 shall be made payable to McKennon Law PC Client Trust Account.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED.**

**Dated: June 12, 2026**

**Hon. John F. Walter**
**United States District Judge**

- 1 -

DATED:  June 12, 2026                    MAYNARD NEXSEN LLP

                                By:    */s/ Cindy M. Rucker*
                                       CINDY M. RUCKER
                                       KAREN TSUI
                                       Attorneys for Defendant
                                       Life Insurance Company of North
                                       America


DATED:  June 12, 2026                    MCKENNON LAW GROUP

                                By:    */s/ Joseph Hoff*
                                       ROBERT J. MCKENNON
                                       JOSEPH HOFF
                                       Attorneys for Plaintiff
                                       Candace Rushing

        *Filer's Attestation*: Pursuant to Local Rule 5-4.3.4(a)(2)(i) regarding signatures, Cindy M. Rucker hereby attests that concurrence in the filing of this document and its content has been obtained by all signatories listed.

                                       */s/ Cindy M. Rucker*
                                       CINDY M. RUCKER

- 2 -